

Exhibit A